IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McKinney, Eddie Ruth

Printed: 4/22/08

Case Number: 06 B 16959
Judge: Wedoff, Eugene R
Filed: 12/21/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 6, 2008
Confirmed: February 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,580.00 |  |
| Secured: |  | 2,436.68 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 950.00 |
| Trustee Fee: |  | 193.32 |
| Other Funds: |  | 0.00 |
| Totals: | 3,580.00 | 3,580.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Select Legal - The First Choice | Administrative | 950.00 | 950.00 |
| 2. | Aurora Loan Service | Secured | 0.00 | 0.00 |
| 3. | Aurora Loan Service | Secured | 41,946.31 | 2,436.68 |
| 4. | Ford Motor Credit Corporation | Unsecured | 1,534.95 | 0.00 |
| 5. | Sallie Mae | Unsecured | 729.41 | 0.00 |
| 6. | Bedford Fair Apparel | Unsecured |  | No Claim Filed |
| 7. | Bank Of America | Unsecured |  | No Claim Filed |
| 8. | AT&T | Unsecured |  | No Claim Filed |
| 9. | J C Penney Co Inc | Unsecured |  | No Claim Filed |
| 10. | Help Service Group Inc | Unsecured |  | No Claim Filed |
| 11. | Brylane Home | Unsecured |  | No Claim Filed |
| 12. | Wal Mart Stores | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 45,160.67 | $ 3,386.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 193.32 |
|  | _____ |
|  | $ 193.32 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  McKinney, Eddie Ruth | Case Number:  06 B 16959 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/22/08 | Filed:  12/21/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

